Francesca A. Arcure
Buckley Madole, P.C.
99 Wood Avenue South, Suite 803
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@BuckleyMadole.com
Attorneys for Movant

Order Filed on October 3, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Chad M. Basham and Melissa S. Basham, | Case No. 14-29527-KCF |
| Debtors. | Judge: Kathryn C. Ferguson |

**CONSENT ORDER VACATING THE AUTOMATIC STAY AS IT APPLIES TO TOYOTA MOTOR CREDIT CORPORATION**

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED**

**DATED: October 3, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

CONSENT ORDER

3511-N-4594
OrdCOEPPNJBAl

| | |
|---|---|
| Debtors: | Chad M Basham and Melissa S Basham |
| Case No.: | 14-29527-KCF |
| Caption of Order: | **CONSENT ORDER VACATING THE AUTOMATIC STAY AS IT APPLIES TO TOYOTA MOTOR CREDIT CORPORATION** |

The parties are in agreement to vacate the automatic stay as it applies to Toyota Motor Credit Corporation (the "Secured Creditor"), with respect to personal property described as 2013 TOYOTA CAMRY, VIN: 4T1BF1FK9DU254466, as follows and have consented to the entry of the within Order:

**ORDERED AS FOLLOWS:**

1. Parties are in agreement that Debtors' are no longer in possession of the vehicle and said vehicle was returned to the Secured Creditor on May 11, 2016.
2. The automatic stay is vacated nunc pro tunc as it applies to Toyota Motor Credit Corporation to the date the Secured Creditor received the vehicle. Toyota Motor Credit Corporation may proceed with the sale of the vehicle.

Consent to Form and Entry

| | |
|---|---|
| **Buckley Madole, P.C.** | **Law Office of Andrew B. Finberg, LLC** |
| Attorney for the Secured Creditor | Attorney for the Debtors |
| By: _/s/ Francesca A. Arcure_ | By: _/s/ Andrew B. Fiberg_ |
| Francesca A. Arcure | Andrew B. Finberg |
| Date: October 3, 2016 | Date: September 30, 2016 |