Francesca A. Arcure
Buckley Madole, P.C.
99 Wood Avenue South, Suite 803
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@BuckleyMadole.com
Attorneys for Movant

**Order Filed on October 3, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Chad M. Basham and Melissa S. Basham, | Case No. 14-29527-KCF |
| Debtors. | Judge: Kathryn C. Ferguson |

**CONSENT ORDER VACATING THE AUTOMATIC STAY AS IT APPLIES TO TOYOTA MOTOR CREDIT CORPORATION**

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED**

**DATED: October 3, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

| | |
|---|---|
| Debtors: | Chad M Basham and Melissa S Basham |
| Case No.: | 14-29527-KCF |
| Caption of Order: | **CONSENT ORDER VACATING THE AUTOMATIC STAY AS IT APPLIES TO TOYOTA MOTOR CREDIT CORPORATION** |

The parties are in agreement to vacate the automatic stay as it applies to Toyota Motor Credit Corporation (the "Secured Creditor"), with respect to personal property described as 2013 TOYOTA CAMRY, VIN: 4T1BF1FK9DU254466, as follows and have consented to the entry of the within Order:

**ORDERED AS FOLLOWS:**

1. Parties are in agreement that Debtors' are no longer in possession of the vehicle and said vehicle was returned to the Secured Creditor on May 11, 2016.
2. The automatic stay is vacated nunc pro tunc as it applies to Toyota Motor Credit Corporation to the date the Secured Creditor received the vehicle. Toyota Motor Credit Corporation may proceed with the sale of the vehicle.

Consent to Form and Entry

| | |
|---|---|
| **Buckley Madole, P.C.** | **Law Office of Andrew B. Finberg, LLC** |
| Attorney for the Secured Creditor | Attorney for the Debtors |
| By: _/s/ *Francesca A. Arcure*_ | By: _/s/ *Andrew B. Fiberg*_ |
| Francesca A. Arcure | Andrew B. Finberg |
| Date: October 3, 2016 | Date: September 30, 2016 |

CONSENT ORDER

3511-N-4594
OrdCOEPPNJBAl

United States Bankruptcy Court
District of New Jersey

In re:  
Chad M Basham  
Melissa S Basham  
      Debtors

Case No. 14-29527-KCF  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Oct 04, 2016  
                       Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2016.  
db/jdb          +Chad M Basham,    Melissa S Basham,    21 Chestnut Street,    Lumberton, NJ 08048-1132

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2016                                           Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2016 at the address(es) listed below:

         Albert    Russo    docs@russotrustee.com  
         Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com  
         Andrew B. Finberg    on behalf of Joint Debtor Melissa S Basham andy@sjbankruptcylaw.com, ABFECF@gmail.com  
         Andrew B. Finberg    on behalf of Debtor Chad M Basham andy@sjbankruptcylaw.com, ABFECF@gmail.com  
         Daniel A. Frischberg    on behalf of Joint Debtor Melissa S Basham dan@sjbankruptcylaw.com, frischberglaw@gmail.com  
         Daniel A. Frischberg    on behalf of Debtor Chad M Basham dan@sjbankruptcylaw.com, frischberglaw@gmail.com  
         Francesca Ann Arcure    on behalf of Creditor    Toyota Motor Credit Corporation nj_ecf_notices@buckleymadole.com  
         John R. Morton, Jr.    on behalf of Creditor    Americredit Financial Services, Inc., dba GM Financial mortonlaw.bcraig@verizon.net, donnal@mortoncraig.com;mhazlett@mortoncraig.com  
         Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Lynn Therese Nolan    on behalf of Creditor    Toyota Motor Credit Corporation LNolan@schillerknapp.com, tshariff@ecf.courtdrive.com;tshariff@schillerknapp.com;kcollins@schillerknapp.com  
                                                                                                 TOTAL: 10