UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
42921
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
856-866-0100
Attorney for AmeriCredit Financial Services, Inc., dba GM Financial

In Re:

CHAD BASHAM
MELISSA BASHAM

Order Filed on November 21, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 14-29527(KCF)

Adv. No.:

Hearing Date: 10-17-16

Judge: KCF

## ORDER FOR MONTHLY PAYMENTS AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: November 21, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**Chad and Melissa Basham**
**14-29527(KCF)**
**Order Providing for Monthly Payments for Stay Relief under Certain Circumstances**
**Page 2**

This matter having been brought on before this Court on motion for stay relief filed by John R. Morton, Jr., Esq., attorney for AmeriCredit Financial Services, Inc., dba GM Financial, with the appearance of Joni Gray, Esq. on behalf of the debtors, and this order having been filed with the Court and served upon the debtors and their attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. That AmeriCredit Financial Services, Inc., dba GM Financial is the holder of a first purchase money security interest encumbering a 2008 Volkswagen Passat bearing vehicle identification number WVWJK73C48E108715 (hereinafter the "vehicle").

2. At the hearing, the debtors were in arrears to AmeriCredit in the amount of $227. To cure that amount, the debtors shall make that payment along with their regular payment of $341.63 on 11-1-16. Thereafter, the debtors shall make regular payments of $341.63 to AmeriCredit beginning 12-1-16. In the event the debtors fail to make any payment for a period of 30 days after it falls due, AmeriCredit Financial Services, Inc., dba GM Financial shall receive stay relief to repossess and sell the vehicle by filing a certification of nonpayment and serving it upon the debtors and their attorney.

3. The debtors shall maintain insurance on the vehicle in accordance with the terms of the retail installment contract. In the event of a lapse of insurance for any period of time without intervening coverage, AmeriCredit Financial Services, Inc., dba GM Financial shall receive stay relief to repossess and sell the vehicle by filing a certification that insurance has lapsed with the court and serving it upon the debtors and theirs attorney.

4. The debtors shall pay to AmeriCredit Financial Services, Inc., dba GM Financial through the plan, a counsel fee of $526 which shall be paid by the trustee as an administrative priority expense.