Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 14–29527–KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Chad M Basham | Melissa S Basham |
| 21 Chestnut Street | 21 Chestnut Street |
| Lumberton, NJ 08048 | Lumberton, NJ 08048 |

Social Security No.:
   xxx–xx–9189                                           xxx–xx–6645

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on December 2, 2014.

On February 21, 2017 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Kathryn C. Ferguson on:

Date:            March 29, 2017
Time:            10:00 AM
Location:        Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: February 24, 2017
JAN: mmf

                                                                Jeanne Naughton
                                                                Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey

In re:                                                      Case No. 14-29527-KCF
Chad M Basham
Melissa S Basham                                            Chapter 13
      Debtors
                              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 2        Date Rcvd: Feb 24, 2017
                              Form ID: 185             Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 26, 2017.
db/jdb         +Chad M Basham,    Melissa S Basham,    21 Chestnut Street,    Lumberton, NJ 08048-1132
cr             +Americredit Financial Services, Inc., dba GM Finan,    PO Box 183853,    Arlington, TX 76096-3853
cr             +Toyota Motor Credit Corporation,    30 Montgomery Street,    Suite 1205,
                 Jersey City, NJ 07302-3835
515065807      +AES/PHEAA,    1200 North 7th St,    Harrisburg, PA 17102-1419
515089356     ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,     PO BOX 183853,    ARLINGTON TX 76096-3853
              (address filed with court:   AmeriCredit Financial Services, Inc.,     P O Box 183853,
                 Arlington, TX 76096)
515065806      +Adam Basham,    2508 South Hicks Street,    Philadelphia, PA 19145-4604
515065808       American Education Services,    P.O. Box 2461,    Harrisburg, PA 17105-2461
515090717      +Americredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
515065810       Bank of America Home Loans,    PO Box 5170,    Simi Valley, CA 93062-5170
515199455       Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
515065813   ++++DEUTSCHE BANK ELT SLM TRUSTS,     DEB SOUTHERLAND,    11600 AMERICAN DREAM WAY,
                 RESTON VA  20190-4758
              (address filed with court:   Deutsche Bank ELT SLM Trusts,     11600 Sallie Mae Drive,
                 DEB Southerland,    Reston, VA 20193)
515065811       Department of Education/Great Lakes,    P.O. Box 530229,    Atlanta, GA 30353-0229
515065812       Dept. of Education/Great Lakes,    P.O. Box 7860,    Madison, WI 53707-7860
515791547       ECMC,    PO Box 16408,    St. Paul, MN 55116-0408
515791548       ECMC,    PO Box 16408,    St. Paul, MN 55116-0408,    ECMC,    PO Box 16408,
                 St. Paul, MN 55116-0408
515247460       EMERG PHYS SVCS OF NJ P.A.,    PO BOX 1109,    Minneapolis, MN 55440-1109
515065815       GM Financial,    P.O. Box 78143,    Phoenix, AZ 85062-8143
515065814      +Glenn & Susanne Basham,    224 Spout Spring Avenue,    Lumberton, NJ 08048-2032
515362428      +NJCLASS,    PO Box 548,    Trenton, NJ 08625-0548
515120875      +Navient Solutions, Inc. on behalf of PHEAA,     P.O. Box 8147,    Harrisburg, PA 17105-8147
515106573      +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
515065816       Pennsylvania Higher Education,    1200 N. 7th Street,    Harrisburg, PA 17102-1444
515065819       State of New Jersey,    Higher Education Student Assistance Auth,    4 Quakerbridge Plaza,
                 P.O. Box 544,    Trenton, NJ 08625-0544
515065820      +State of New Jersey Student Assistance,    PO Box 548,    Attn: Bankruptcy Department,
                 Trenton, NJ 08625-0548
515065822     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court:   Toyota Financial Services,     P.O. Box 17187,
                 Baltimore, MD 21297-0511)
515065821      +Temple University,    Conwell Hall, Ground Floor,    1801 N. Broad,    Philadelphia, PA 19122-6003
515092120       Toyota Motor Credit Corporation (TMCC),    PO BOX 8026,    Cedar Rapids, Iowa 52408-8026
515065823      +U.S. Department of Education,    830 First Street, NE,    Washington, DC 20202-0004
515171947       United States Department of Education,    Claims Filing Unit,    P O Box 8973,
                 Madison, WI  53708-8973

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 24 2017 23:19:02      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 24 2017 23:18:58      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515249428       E-mail/PDF: rmscedi@recoverycorp.com Feb 24 2017 23:17:45      Capital Recovery V, LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
515229657       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 24 2017 23:23:16
                 Portfolio Recovery Associates, LLC,    c/o Capital One,    POB 41067,    Norfolk VA 23541
515082144       E-mail/Text: bnc-quantum@quantum3group.com Feb 24 2017 23:18:52
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
515065818      +E-mail/PDF: pa_dc_claims@navient.com Feb 24 2017 23:23:15      Sallie Mae, Inc.,
                 220 Lasley Avenue,    Wilkes Barre, PA 18706-1496
515127267       E-mail/PDF: gecsedi@recoverycorp.com Feb 24 2017 23:17:55      Synchrony Bank,
                 c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515065809*     +American Education Services,    PO box 2461,    Harrisburg, PA 17105-2461
516280845*      ECMC,    PO Box 16408,    St. Paul, MN 55116-0408
516280846*      ECMC,    PO Box 16408,    St. Paul, MN 55116-0408,    ECMC,    PO Box 16408,
                 St. Paul, MN 55116-0408
515065817*     +Pennsylvania Higher Education,    1200 N. 7th Street,    Harrisburg, PA 17102-1419
                                                                                   TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0312-3          User: admin              Page 2 of 2          Date Rcvd: Feb 24, 2017
                              Form ID: 185             Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2017 at the address(es) listed below:

```
              Albert    Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Andrew B. Finberg     on behalf of Joint Debtor Melissa S Basham andy@sjbankruptcylaw.com,
               ABFECF@gmail.com
              Andrew B. Finberg     on behalf of Debtor Chad M Basham andy@sjbankruptcylaw.com,  ABFECF@gmail.com
              Daniel A. Frischberg    on behalf of Debtor Chad M Basham dan@sjbankruptcylaw.com,
               frischberglaw@gmail.com
              Daniel A. Frischberg    on behalf of Joint Debtor Melissa S Basham dan@sjbankruptcylaw.com,
               frischberglaw@gmail.com
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    Toyota Motor Credit Corporation
               nj_ecf_notices@buckleymadole.com
              John R. Morton, Jr.   on behalf of Creditor    Americredit Financial Services, Inc., dba GM
               Financial mortonlaw.bcraig@verizon.net,  donnal@mortoncraig.com;mhazlett@mortoncraig.com
              Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Lynn Therese Nolan    on behalf of Creditor    Toyota Motor Credit Corporation
               LNolan@schillerknapp.com,
               tshariff@ecf.courtdrive.com;tshariff@schillerknapp.com;kcollins@schillerknapp.com
                                                                                             TOTAL: 11
```