Last revised 8/1/15

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

IN RE: **Chad M Basham**
**Melissa S Basham**

Debtor(s)

Case No.: **14-29527**
Judge:
Chapter: **13**

## CHAPTER 13 PLAN AND MOTIONS

☑ Original
☐ Motions Included
☐ Modified/Notice Required
☐ Modified/No Notice Required
☐ Discharge Sought
☑ No Discharge Sought

Date: **2/19/2017**

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS WILL BE AFFECTED.**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. **This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice.**

**YOU SHOULD FILE A PROOF OF CLAIM BY THE DEADLINE STATED
IN THE NOTICE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN
THAT MAY BE CONFIRMED, EVEN IF THE PLAN REFERS TO YOUR CLAIM**

| Part 1: Payment and Length of Plan |
|---|

   a. The Debtor has paid **$4,636.00** to date and shall pay **150.00 Monthly** to the Chapter 13 Trustee, starting on **3/1/2017** for a remaining **31** months.

   b. The Debtor shall make plan payments to the Trustee from the following sources:
       ☑ Future Earnings
       ☐ Other sources of funding (describe source, amount and date when funds are available):

1

c. Use of real property to satisfy plan obligations:
☐ Sale of real property
Description:
Proposed date for completion: _____

☐ Refinance of real property
Description:
Proposed date for completion: _____

☐ Loan modification with respect to mortgage encumbering property
Description:
Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection

a. Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

b. Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside of the Plan, pre-confirmation to ____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **Chapter 13 Standing Trustee** | Trustee Commissions | to be determined |
| **Law Office of Andrew B. Finberg, LLC** | Attorney fees & costs | $2,810.00(satisfied) |
| **Law Office of Andrew B. Finberg, LLC** | supplemental fees & costs | -if applicable and subject to Court order |

## Part 4: Secured Claims

### a. Curing Default and Maintaining Payments

The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the Debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| -NONE- | | | | | |

### b. Modification

1.) The Debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated

2

as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

### c. Surrender

Upon confirmation, the stay is terminated as to surrendered collateral. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| | | | |

### d. Secured Claims Unaffected by the Plan

The following secured claims are unaffected by the Plan:

Creditor
1. Bank of America (mortgage)  2. GM Financial

### e. Secured Claims to be paid in full through the Plan

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| -NONE- | | |

## Part 5: Unsecured Claims

a. **Not separately classified** Allowed non-priority unsecured claims shall be paid:
  \_\_\_\_    Not less than $\_\_\_ to be distributed *pro rata*

  \_\_\_\_    Not less than \_\_ percent

  __x__    *Pro Rata* distribution from any remaining funds

b. **Separately Classified Unsecured** Claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| -NONE- | | | |

## Part 6: Executory Contracts and Unexpired Leases

All executory contracts and unexpired leases are rejected, except the following, which are assumed:

| Creditor | Nature of Contract or Lease | Treatment by Debtor |
|---|---|---|
| **Toyota Financial Services** | 2013 Toyota Camry | rejected/lease expired |

**Part 7: Motions**

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, Notice of Chapter 13 Plan Transmittal, within the time and in the manner set forth in D.N.J. LBR 3015-1. A Certification of Service must be filed with the Clerk of Court when the plan and transmittal notice are served.**

   a. **Motion to Avoid Liens under 11 U.S.C. Section 522(f).**
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| -NONE- | | | | | | | |

   b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.**

   The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount of Lien to be Reclassified |
|---|---|---|
| -NONE- | | |

   c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**

   The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|
| | | | |
| | | | |

**Part 8: Other Plan Provisions**

   a. **Vesting of Property of the Estate**
      ☑ Upon Confirmation
      ☐ Upon Discharge

   b. **Payment Notices**
Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

   c. **Order of Distribution**

The Trustee shall pay allowed claims in the following order:
      1)    Trustee Commissions

4

2) **Other Administrative Claims**
3) **Secured Claims**
4) **Lease Arrearages**
5) **Priority Claims**
6) **General Unsecured Claims**

d. **Post-petition claims**

The Trustee ☑ is, ☐ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9 : Modification

If this plan modifies a plan previously filed in this case, complete the information below.
Date of Plan being modified:____.

| Explain below **why** the Plan is being modified. | Explain below **how** the Plan is being modified |
|---|---|
| **Debtors lease ended** | **Plan is being modified for reject completed lease and to adjust for current disposable/discretionary income** |

| Are Schedules I and J being filed simultaneously with this modified Plan? | ☑ Yes | ☐ No |
|---|---|---|

## Part 10: Sign Here

The debtor(s) and the attorney for the debtor (if any) must sign this Plan.

| Date | **February 19, 2017** | /s/ Andrew B. Finberg |
|---|---|---|
| | | **Andrew B. Finberg** |
| | | Attorney for the Debtor |

I certify under penalty of perjury that the foregoing is true and correct.

| Date: | **February 19, 2017** | /s/ Chad M Basham |
|---|---|---|
| | | **Chad M Basham** |
| | | Debtor |

| Date: | **February 19, 2017** | /s/ Melissa S Basham |
|---|---|---|
| | | **Melissa S Basham** |
| | | Joint Debtor |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

```
                       United States Bankruptcy Court
                            District of New Jersey
In re:                                                           Case No. 14-29527-KCF
Chad M Basham                                                    Chapter 13
Melissa S Basham
       Debtors                CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                 Page 1 of 2                  Date Rcvd: Feb 24, 2017
                              Form ID: pdf901             Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 26, 2017.
db/jdb         +Chad M Basham,    Melissa S Basham,    21 Chestnut Street,    Lumberton, NJ 08048-1132
cr             +Americredit Financial Services, Inc., dba GM Finan,     PO Box 183853,    Arlington, TX 76096-3853
cr             +Toyota Motor Credit Corporation,    30 Montgomery Street,    Suite 1205,
                 Jersey City, NJ 07302-3835
515065807      +AES/PHEAA,   1200 North 7th St,    Harrisburg, PA 17102-1419
515089356     ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court:   AmeriCredit Financial Services, Inc.,     P O Box 183853,
                 Arlington, TX 76096)
515065806      +Adam Basham,   2508 South Hicks Street,    Philadelphia, PA 19145-4604
515065808       American Education Services,    P.O. Box 2461,    Harrisburg, PA 17105-2461
515090717      +Americredit Financial Services, Inc. dba GM Financ,     P O Box 183853,
                 Arlington, TX 76096-3853
515065810       Bank of America Home Loans,    PO Box 5170,    Simi Valley, CA 93062-5170
515199455       Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
515065813   ++++DEUTSCHE BANK ELT SLM TRUSTS,    DEB SOUTHERLAND,    11600 AMERICAN DREAM WAY,
                 RESTON VA  20190-4758
               (address filed with court:   Deutsche Bank ELT SLM Trusts,     11600 Sallie Mae Drive,
                 DEB Southerland,    Reston, VA 20193)
515065811       Department of Education/Great Lakes,    P.O. Box 530229,    Atlanta, GA 30353-0229
515065812       Dept. of Education/Great Lakes,    P.O. Box 7860,    Madison, WI 53707-7860
515791547       ECMC,   PO Box 16408,    St. Paul, MN 55116-0408
515791548       ECMC,   PO Box 16408,    St. Paul, MN 55116-0408,    ECMC,   PO Box 16408,
                 St. Paul, MN 55116-0408
515247460       EMERG PHYS SVCS OF NJ P.A.,    PO BOX 1109,    Minneapolis, MN 55440-1109
515065815       GM Financial,   P.O. Box 78143,    Phoenix, AZ 85062-8143
515065814      +Glenn & Susanne Basham,    224 Spout Spring Avenue,    Lumberton, NJ 08048-2032
515362428      +NJCLASS,   PO Box 548,    Trenton, NJ 08625-0548
515120875      +Navient Solutions, Inc. on behalf of PHEAA,     P.O. Box 8147,    Harrisburg, PA 17105-8147
515106573      +PHEAA,   PO Box 8147,    Harrisburg, PA 17105-8147
515065816       Pennsylvania Higher Education,    1200 N. 7th Street,    Harrisburg, PA 17102-1444
515065819       State of New Jersey,    Higher Education Student Assistance Auth,     4 Quakerbridge Plaza,
                 P.O. Box 544,    Trenton, NJ 08625-0544
515065820      +State of New Jersey Student Assistance,    PO Box 548,    Attn: Bankruptcy Department,
                 Trenton, NJ 08625-0548
515065822     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court:   Toyota Financial Services,     P.O. Box 17187,
                 Baltimore, MD 21297-0511)
515065821      +Temple University,    Conwell Hall, Ground Floor,    1801 N. Broad,    Philadelphia, PA 19122-6003
515092120       Toyota Motor Credit Corporation (TMCC),    PO BOX 8026,    Cedar Rapids, Iowa 52408-8026
515065823      +U.S. Department of Education,    830 First Street, NE,    Washington, DC 20202-0004
515171947       United States Department of Education,    Claims Filing Unit,     P O Box 8973,
                 Madison, WI  53708-8973

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 24 2017 22:25:51      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 24 2017 22:25:49      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515249428       E-mail/PDF: rmscedi@recoverycorp.com Feb 24 2017 22:21:35      Capital Recovery V, LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,     Miami FL 33131-1605
515229657       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 24 2017 22:50:38
                 Portfolio Recovery Associates, LLC,    c/o Capital One,    POB 41067,    Norfolk VA 23541
515082144       E-mail/Text: bnc-quantum@quantum3group.com Feb 24 2017 22:25:47
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
515065818      +E-mail/PDF: pa_dc_claims@navient.com Feb 24 2017 22:27:05      Sallie Mae, Inc.,
                 220 Lasley Avenue,    Wilkes Barre, PA 18706-1496
515127267       E-mail/PDF: gecsedi@recoverycorp.com Feb 24 2017 22:21:34      Synchrony Bank,
                 c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515065809*     +American Education Services,    PO box 2461,    Harrisburg, PA 17105-2461
516280845*      ECMC,   PO Box 16408,    St. Paul, MN 55116-0408
516280846*      ECMC,   PO Box 16408,    St. Paul, MN 55116-0408,    ECMC,   PO Box 16408,
                 St. Paul, MN 55116-0408
515065817*     +Pennsylvania Higher Education,    1200 N. 7th Street,    Harrisburg, PA 17102-1419
                                                                                              TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Feb 24, 2017
                              Form ID: pdf901          Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 21, 2017 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Andrew B. Finberg    on behalf of Joint Debtor Melissa S Basham andy@sjbankruptcylaw.com,
               ABFECF@gmail.com
              Andrew B. Finberg    on behalf of Debtor Chad M Basham andy@sjbankruptcylaw.com,  ABFECF@gmail.com
              Daniel A. Frischberg    on behalf of Debtor Chad M Basham dan@sjbankruptcylaw.com,
               frischberglaw@gmail.com
              Daniel A. Frischberg    on behalf of Joint Debtor Melissa S Basham dan@sjbankruptcylaw.com,
               frischberglaw@gmail.com
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    Toyota Motor Credit Corporation
               nj_ecf_notices@buckleymadole.com
              John R. Morton, Jr.    on behalf of Creditor    Americredit Financial Services, Inc., dba GM
               Financial mortonlaw.bcraig@verizon.net,  donnal@mortoncraig.com;mhazlett@mortoncraig.com
              Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Lynn Therese Nolan    on behalf of Creditor    Toyota Motor Credit Corporation
               LNolan@schillerknapp.com,
               tshariff@ecf.courtdrive.com;tshariff@schillerknapp.com;kcollins@schillerknapp.com
                                                                                             TOTAL: 11