Form cscnodsc − ntccsclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.: 14−29527−MBK
                Chapter: 13
                Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Chad M Basham | Melissa S Basham |
| 21 Chestnut Street | 21 Chestnut Street |
| Lumberton, NJ 08048 | Lumberton, NJ 08048 |

Social Security No.:
   xxx−xx−9189                                   xxx−xx−6645

Employer's Tax I.D. No.:

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

- ☐ Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☐ Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☐ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☑ Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☑ Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐    An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

    If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.


Dated: February 21, 2020
JAN: pbf

                                                  Jeanne Naughton
                                                  Clerk

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                     Case No. 14-29527-MBK
Chad M Basham                                              Chapter 13
Melissa S Basham
         Debtors                  CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 2         Date Rcvd: Feb 21, 2020
                              Form ID: cscnodsc        Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 23, 2020.
db/jdb         +Chad M Basham,    Melissa S Basham,    21 Chestnut Street,    Lumberton, NJ 08048-1132
cr             +Toyota Motor Credit Corporation,    30 Montgomery Street,     Suite 1205,
                 Jersey City, NJ 07302-3835
515065807      +AES/PHEAA,    1200 North 7th St,   Harrisburg, PA 17102-1419
515065808       American Education Services,    P.O. Box 2461,    Harrisburg, PA 17105-2461
515065810       Bank of America Home Loans,    PO Box 5170,    Simi Valley, CA 93062-5170
515199455       Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
515065813     ++++DEUTSCHE BANK ELT SLM TRUSTS,    DEB SOUTHERLAND,    11600 AMERICAN DREAM WAY,
                 RESTON VA  20190-4758
               (address filed with court: Deutsche Bank ELT SLM Trusts,     11600 Sallie Mae Drive,
                 DEB Southerland,    Reston, VA 20193)
515065811       Department of Education/Great Lakes,     P.O. Box 530229,   Atlanta, GA 30353-0229
515065812       Dept. of Education/Great Lakes,    P.O. Box 7860,    Madison, WI 53707-7860
515791547       ECMC,   PO Box 16408,    St. Paul, MN 55116-0408
515791548       ECMC,   PO Box 16408,    St. Paul, MN 55116-0408,    ECMC,   PO Box 16408,
                 St. Paul, MN  55116-0408
515247460       EMERG PHYS SVCS OF NJ P.A.,    PO BOX 1109,    Minneapolis, MN 55440-1109
515065814      +Glenn & Susanne Basham,    224 Spout Spring Avenue,    Lumberton, NJ 08048-2032
515362428      +NJCLASS,   PO Box 548,    Trenton, NJ 08625-0548
516763281      +Nationstar Mortgage, LLC,    P.O.Box 619094,    Dallas, TX 75261-9094
516763282      +Nationstar Mortgage, LLC,    P.O.Box 619094,    Dallas, TX 75261-9741,    Nationstar Mortgage, LLC,
                 P.O.Box 619094,    Dallas, TX 75261-9094
515120875      +Navient Solutions, Inc. on behalf of PHEAA,     P.O. Box 8147,   Harrisburg, PA 17105-8147
515106573      +PHEAA,   PO Box 8147,    Harrisburg, PA 17105-8147
515065816       Pennsylvania Higher Education,    1200 N. 7th Street,    Harrisburg, PA 17102-1444
515065819       State of New Jersey,    Higher Education Student Assistance Auth,     4 Quakerbridge Plaza,
                 P.O. Box 544,    Trenton, NJ 08625-0544
515065820      +State of New Jersey Student Assistance,     PO Box 548,   Attn: Bankruptcy Department,
                 Trenton, NJ 08625-0548
515065822     ++TOYOTA MOTOR CREDIT CORPORATION,     PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Financial Services,     P.O. Box 17187,
                 Baltimore, MD 21297-0511)
515065821      +Temple University,    Conwell Hall, Ground Floor,    1801 N. Broad,   Philadelphia, PA 19122-6003
515092120       Toyota Motor Credit Corporation (TMCC),     PO BOX 8026,   Cedar Rapids, Iowa 52408-8026
515065823      +U.S. Department of Education,    830 First Street, NE,    Washington, DC 20202-0004
515171947       United States Department of Education,     Claims Filing Unit,   P O Box 8973,
                 Madison, WI  53708-8973

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 22 2020 01:37:00      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 22 2020 01:36:55      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Feb 22 2020 01:36:28
                 Americredit Financial Services, Inc., dba GM Finan,     PO Box 183853,
                 Arlington, TX 76096-3853
515089356       E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Feb 22 2020 01:36:28
                 AmeriCredit Financial Services, Inc.,    P O Box 183853,    Arlington, TX 76096
515090717      +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Feb 22 2020 01:36:28
                 Americredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
515249428       E-mail/PDF: rmscedi@recoverycorp.com Feb 22 2020 01:31:22      Capital Recovery V, LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
515065815       E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Feb 22 2020 01:36:28      GM Financial,
                 P.O. Box 78143,    Phoenix, AZ 85062-8143
516765020       E-mail/Text: sbse.cio.bnc.mail@irs.gov Feb 22 2020 01:36:26      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
515229657       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 22 2020 01:44:50
                 Portfolio Recovery Associates, LLC,    c/o Capital One,    POB 41067,   Norfolk VA 23541
515082144       E-mail/Text: bnc-quantum@quantum3group.com Feb 22 2020 01:36:48
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,   Kirkland, WA  98083-0788
515065818      +E-mail/PDF: pa_dc_claims@navient.com Feb 22 2020 01:31:23      Sallie Mae, Inc.,
                 220 Lasley Avenue,    Wilkes Barre, PA 18706-1496
515127267       E-mail/PDF: gecsedi@recoverycorp.com Feb 22 2020 01:31:58      Synchrony Bank,
                 c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 12
```

```
District/off: 0312-3          User: admin               Page 2 of 2              Date Rcvd: Feb 21, 2020
                              Form ID: cscnodsc         Total Noticed: 38

            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515065809*      +American Education Services,   PO box 2461,    Harrisburg, PA 17105-2461
516280845*       ECMC,    PO Box 16408,    St. Paul, MN 55116-0408
516280846*       ECMC,    PO Box 16408,    St. Paul, MN 55116-0408,    ECMC,    PO Box 16408,
                 St. Paul, MN 55116-0408
516765021*       Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
516765023*       Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
515065817*      +Pennsylvania Higher Education,    1200 N. 7th Street,    Harrisburg, PA 17102-1419
515065806    ##+Adam Basham,    2508 South Hicks Street,    Philadelphia, PA 19145-4604
                                                                                             TOTALS: 0, * 6, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2020                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 21, 2020 at the address(es) listed below:
              Albert    Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert    Russo     docs@russotrustee.com
              Andrew B. Finberg     on behalf of Joint Debtor Melissa S Basham andy@sjbankruptcylaw.com,
               abfecf@gmail.com;finbergar39848@notify.bestcase.com
              Andrew B. Finberg     on behalf of Debtor Chad M Basham andy@sjbankruptcylaw.com,
               abfecf@gmail.com;finbergar39848@notify.bestcase.com
              Charles G. Wohlrab     on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               cwohlrab@LOGS.com,    njbankruptcynotifications@logs.com
              Charles G. Wohlrab     on behalf of Creditor    Nationstar Mortgage LLC cwohlrab@LOGS.com,
               njbankruptcynotifications@logs.com
              Daniel A. Frischberg     on behalf of Debtor Chad M Basham dan@sjbankruptcylaw.com,
               frischberglaw@gmail.com;frischbergdr39848@notify.bestcase.com
              Daniel A. Frischberg     on behalf of Joint Debtor Melissa S Basham dan@sjbankruptcylaw.com,
               frischberglaw@gmail.com;frischbergdr39848@notify.bestcase.com
              Denise E. Carlon     on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon     on behalf of Creditor    Nationstar Mortgage LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Francesca Ann Arcure     on behalf of Creditor    Toyota Motor Credit Corporation
               NJ_ECF_Notices@McCalla.com,    NJ_ECF_Notices@McCalla.com
              John R. Morton, Jr.     on behalf of Creditor    Americredit Financial Services, Inc., dba GM
               Financial ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Joshua I. Goldman     on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Lynn Therese Nolan     on behalf of Creditor    Toyota Motor Credit Corporation
               ecfnotices@grosspolowy.com,    lnolan@grosspolowy.com
                                                                                                 TOTAL: 14
```